UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-25-F

ABB, INC.,                          )
                                    )
                                    )
                                    )
           Plaintiff,               )
                                    )
                                    )        **ORDER**
           v.                       )
                                    )
CSX TRANSPORTATION, INC.,           )
                                    )
                                    )
           Defendants.              )

This matter is before the court on the parties' Joint Motion to Stay [DE-125]. Therein, the parties inform the court that Defendant CSX Transportation, Inc., has filed a Petition for Writ of Certiorari to the United States Court of Appeals for the Fourth Circuit, petitioning the United States Supreme Court to review the judgment of the Fourth Circuit with respect to the enforceability of the liability limitation clause at issue in this case.

Having considered the parties' motion, the court finds that the interests of justice, efficiency, and judicial economy will be promoted by granting the requested stay, and outweigh any competing interests. Accordingly, for good cause shown, the parties' Joint Motion to Stay [DE-125] is ALLOWED. The Clerk of Court is DIRECTED to remove this matter from the court's pretrial and trial calendars. Once a decision on the Petition is rendered, the parties shall file a notice with this court informing it of the same.

SO ORDERED.

This the 3ʳᵈ day of October, 2013.

James C. Fox
Senior United States District Judge