UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-25-F

| | |
|---|---|
| ABB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

The parties have informed the court they have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before April 23, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date. The Clerk of Court is DIRECTED to remove this matter from the court's trial calendar and to cancel the pretrial hearing presently scheduled for March 26, 2015.

SO ORDERED.

This the 23rd day of March, 2015.

*James C. Fox*

James C. Fox
Senior United States District Judge